UTICA,
August, 1827.

Ex parte
Johnson.

## THE UTICA BANK against KIBBE.

Mileage on
habeas corpus
ad testifican-
dum to be com-
puted both for
going and re-
turning.

THE court decided that fees to the sheriff for bringing up a prisoner, a witness for the plaintiff, on a *habeas corpus ad testificandum*, should be computed for the distance of both going to, and returning from the place of trial.(a)

*G. C. Bronson*, for the plaintiff.

*M. Hoffman*, for the defendant

## Ex parte JOHNSON.

The sheriff
received a
plaint in re-
plevin on
which he deli-
vered the pro-
perty; but om-
itted to sum-
mon the defen-
dant, till after
the next term.
The C. P. set
aside the sum-
mons as irre-
gular, ordering
an alias sum-
mons to issue;
and holden
well.

A PLAINT in replevin was issued, and delivered to the sheriff of Washington county, against the relator, at the suit of Herroun, before the December term of the common pleas of that county, 1826. Upon this plaint the goods were delivered: but the defendant was not summoned till after the December term. The summons was to appear at the March term thereafter. The C. P. afterwards ordered the summons and subsequent proceedings to be set aside, with leave to the plaintiff to issue an alias summons, returnable at that, or the next term.

A motion was now made for a mandamus commanding the judges of the C. P. to vacate the rule for an *alias* summons; 1. Because there could be no alias, for want of a previous summons remaining; 2. Because the statute, (1 *R. L. 91, s. 1,) declares, that the defendant shall be summoned to appear at the next court of C. P. after the plaint issues, or the chattels are delivered.

[*425]

*Curia.* We think the C. P. were right. The plaint was

(a) Vid. 2 R. L. 20.